**Order entered July 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00935-CV

**HHT LIMITED LLC, NRG & ASSOCIATES, LLC, AND MICHAEL HALLER,**
Appellants

**V.**

**MIDWAY COLLECTIONS, INC. AS SUCCESSOR IN INTEREST TO NATIONWIDE RECOVERY SYSTEMS, LTD., Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-05267-2011**

## ORDER

We **GRANT** appellants' July 2, 2013 motion to extend time to file notice of appeal. The notice of appeal filed July 2, 2013 is considered timely for jurisdictional purposes.

We note that appellants HHT Limited LLC and NRG & Associates, LLC are not currently represented by counsel. Because in Texas, a corporation may appear and be represented in court only by a licensed attorney, HHT Limited and NRG are directed to provide the Court, within thirty (30) days of the date of this letter, the name of their counsel as well as counsel's mailing address, telephone number, fax number, if any, and State Bar of Texas identification number. If the requested information is not received within the time specified, HHT's and NRG's appeal may be dismissed without further notice.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE